IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ANTONIO GALLEGOS, KRISTIAN PETTINE,
ANDRE GALLEGOS, and K.L.P.L., a minor child,**

    Plaintiffs,

vs.                                No.  CV-12-00224 LH-KBM

**CITY OF ESPAÑOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS
JOHN DOES 1 through 10, individually and in their official capacities,
CAMILLE SCARCELLA, in her individually capacity; and
STATE OF NEW MEXICO, CYFD, EMPLOYEES and SUPERVISORS
JOHN DOES 1 through 10, individually,**

    Defendants.

## ORDER OF DISMISSAL

This matter having come before the Court upon the motion of Defendant Scarcella to dismiss the complaint as to Camille Scarcella and State of New Mexico Children Youth and Families Department and good cause appearing thereof,

IT IS HEREBY ORDERED that Camille Scarcella and State of New Mexico Children Youth and Families Department are dismissed with prejudice, with all parties bearing their own costs.

                                                 _____
                                                 SENIOR UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/Timothy V. Flynn-O'Brien*
Timothy V. Flynn-O'Brien
*Attorney for Defendant Camille Scarcella*

Approved:

*<u>Electronically approved 1/24/2013</u>*
Nathaniel V. Thompkins
NEW MEXICO FIRM, LLC
*Attorney for Plaintiffs*


*<u>Electronically approved 1/13/2013</u>*
Mark A. Basham
Basham & Basham, PC
*Attorney for Defendants City of Española, Joe Martinez, Jeremy Apodaca and Robert Vigil*