IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO GALLEGOS, KRISTIAN PETTINE,
ANDRE GALLEGOS, and K.L.P.L.,

       Plaintiffs,

vs.   No.  CV-12-00224 LH-KBM

CITY OF ESPAÑOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS JOHN DOES 1 through 10, individually and in their official capacities,

       Defendants.

## ACCEPTANCE OF APPOINTMENT

Retired Judge Tommy Jewell, attorney at law, hereby accepts the appointment to serve as

Guardian and Attorney for the minor child K.L.P.L. and to protect and act in their best interest.

       _____
       Tommy Jewell, Esquire
       Jewell Law Offices
       P.O. Box 9262
       Albuquerque, NM 87119-9262
       (505) 247-7426
       tommyjewell@gmail.com



I hereby certify that on the _____ day of March, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing and mailed U.S. Mail, postage pre-paid to Antonio Londono:

| | |
|---|---|
| Mark Basham | Antonio Londono, *Pro Se* |
| 2205 Miguel Chavez Road, Suite A | 812 Jefferson St., N.E. |
| Santa Fe, NM 87505 | Albuquerque, NM 87110 |
| *Attorneys for City of Espanola Defendants* | |

/s/ Nathaniel V. Thompkins
Nathaniel V. Thompkins

# Exhibit B