# KRISTIN L PETTINE

v.

# ANTONIO LONDONO REALES

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-202-DM-200903202 | Lavelle, Gerard J. | 07/17/2009 | ALBUQUERQUE District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| IV | Intervenor | 1 | EDWARDS KATIE |
| PT | Petitioner | 1 | PETTINE KRISTIN L |
| | ATTORNEY: TORRES S. MATTHEW | | |
| | ATTORNEY: DODD DONNA S. TRUJILLO | | |
| RS | Respondent | 1 | REALES ANTONIO LONDONO |
| | ATTORNEY: BECKER LESLIE | | |
| XW | Rule 706 Witness | 1 | ROTH BETH |

## CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 07/17/2009 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Parentage |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| PETTINE KRISTIN L | PT | 1 |
| REALES ANTONIO LONDONO | RS | 1 |

## HEARINGS FOR THIS CASE

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 05/06/2013 | 2:00 PM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE | Please See Family Court Receptionist on the Second Floor |
| 04/18/2013 | 3:00 PM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE | Please See Family Court Receptionist on the Second Floor |
| 02/14/2013 | 10:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE | Please See Family Court Receptionist on the Second Floor |
| 01/18/2013 | 8:30 AM | PRESENTMENT HEARING | Lavelle, Gerard J. | ALBUQUERQUE | Please See Family Court Receptionist on the Second Floor |
| 12/12/2012 | 9:00 AM | EVIDENTIARY HEARING | Lavelle, Gerard J. | ALBUQUERQUE | Please See Family Court Receptionist on the Second Floor |
| 11/14/2012 | 8:05 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE | Please See Family Court Receptionist on the Second Floor |
| 08/23/2012 | 9:30 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE | Please See Family Court Receptionist on the Second Floor |
| 06/18/2012 | 10:30 AM | EVIDENTIARY HEARING | Lavelle, Gerard J. | ALBUQUERQUE | Please See Family Court Receptionist on the Second Floor |
| 04/05/2012 | 9:30 AM | HEARING | Lavelle, Gerard J. | ALBUQUERQUE | Please See Family Court Receptionist on the Second Floor |
| 04/05/2012 | 9:30 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE | Please See Family Court Receptionist on the Second Floor |
| 02/13/2012 | 3:36 PM | DOCKET CALL | Lavelle, Gerard J. | ALBUQUERQUE | |
| 12/12/2011 | 8:30 AM | MERITS HEARING | Lavelle, Gerard J. | ALBUQUERQUE | Please See Family Court Receptionist on the Second Floor |
| 09/08/2011 | 3:00 PM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE | Please See Family Court |

Exhibit C

Receptionist on the Second Floor

| | | | | |
|---|---|---|---|---|
| 04/25/2011 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 04/19/2011 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 04/14/2011 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 02/08/2011 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 02/08/2011 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 02/08/2011 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 11/01/2010 | 9:00 AM | HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 10/07/2010 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 10/07/2010 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 10/07/2010 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 10/07/2010 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 10/07/2010 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 09/02/2010 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 09/01/2010 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 09/01/2010 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 08/24/2010 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 08/24/2010 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 06/03/2010 | 9:00 AM | HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 02/08/2010 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |
| 09/10/2009 | 9:00 AM | MOTION HEARING | Lavelle, Gerard J. | ALBUQUERQUE |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 04/29/2013 | REQUEST FOR HEARING/ SETTING RE: MOTION FOR/TO MODIFY CHILD SUPPORT AND RETURN OF LEGAL CUSTODY | | PT | 1 | |
| 04/29/2013 | MTN: Motion to Amend/Modify Child Support AND RETURN OF LEGAL JOINT CUSTODY | | PT | 1 | |
| 04/18/2013 | TAP: HEARING RM 262 3/09/53 - 3/24/10 | | | | |
| 04/18/2013 | ORD: ORDER ON RSP'S MOTION TO MODIFY CHILD SUPPORT. THIS MATTER IS SET FOR AN EVIDENTIARY HEARING ON 05/06/13 AT 2:00 PM. THE PARITIES WILL BRING THE DOCUMENTS OUTLINED IN THIS ORDER TO COURT ON 05/06/13 | | | | |
| 03/22/2013 | NTC: OF HEARING APRIL 18, 2013 @ 3:00 PM RE: RESPONDENT;S MOTION TO MODIFY CHILD SUPPROT | | | | |
| 03/22/2013 | REQUEST FOR HEARING/ SETTING RE: RESPONDENT'S MOTION TO MODIFY CHILD SUPPORT | | RS | 1 | |
| 03/22/2013 | MTN: Motion to Amend/Modify Child Support | | RS | 1 | |
| 03/07/2013 | ORD: ORDER MINUTE ORDER SUSPENDING PETITIONER'S VISITATION | | | | |
| 02/14/2013 | TAP: HEARING Room 262 10/08/47-10/25/12 | | | | |
| 02/14/2013 | ORD: ORDER MINUTE ORDER DENYING MOTION FOR RECONSIDERATION; MOTION TO CONTINUE GUARDIAN AD LITEM'S APPOINTMENT IS GRANTED UNTIL 08/14/13 | | | | |
| 02/07/2013 | RECOMMENDATION | | | | |
| 02/06/2013 | NTC: OF HEARING NOTICE OF SETTING ON RESPONDENT'S MOTION TO CONTINUE GUARDIAN AD LITEM APPOINTMENT ON 02/14/13 AT 10:00 A.M. | | | | |
| 02/05/2013 | REQUEST FOR HEARING/ SETTING REQUEST FOR SETTING ON RESPONDENT'S MOTION TO CONTINUE GUARDIAN AD LITEM APPOINTMENT | | RS | 1 | |
| 02/05/2013 | MTN: MOTION RESPONDENT'S MOTION TO CONTINUE GUARDIAN AD LITEM'S APPOINTMENT | | RS | 1 | |
| 01/31/2013 | NTC: OF HEARING RE: MOTION FOR/TO RESPONDENT'S MOTION FOR RECONSIDERATION OF THE ORDER FILED JAN 18, 2013 SET FOR 2/14/2013 @ 10AM | | | | |
| 01/30/2013 | REQUEST FOR HEARING/ SETTING RE: MOTION TO RECONSIDER CHILD CUSTODY | | PT | 1 | |



| | | | |
|---|---|---|---|
| 01/30/2013 | MTN: MOTION | PT | 1 |
| | MOTION FOR RESPONDENT'S MOTION FOR RECONSIDERATION OF THE ORDER FILED JANUARY 18, 2013 | | |
| 01/29/2013 | NTC: OF HEARING | | |
| | FEBRUARY 14, 2013 @ 10:00 AM | | |
| | RE: RESPODENTS MOTION FOR RECONSIDERATION OF THE ORDER FILED JANUARY 18, 2013 | | |
| 01/24/2013 | REQUEST FOR HEARING/ SETTING | PT | 1 |
| | MOTION FOR IN CAMERA INTERVIEW | | |
| 01/24/2013 | MTN: MOTION | PT | 1 |
| | FOR IN CAMERA INTERVIEW | | |
| 01/24/2013 | REQUEST FOR HEARING/ SETTING | RS | 1 |
| | RE: RESP MOTION FOR RECONSIDERATION OF THE ORDER FILED JANUARY 18, 2013 | | |
| 01/24/2013 | MTN: MOTION | RS | 1 |
| | RESPONDENT;S MOTION FOR RECONSIDERATION OF THE ORDER FILED JANUARY 18, 2013 | | |
| 01/18/2013 | ORD: ORDER | | |
| | TO SEAL PURSUANT TO RULE 1-079 NMRA PT'S MOTION FOR EMERGENCY RESPONSE FILED 11-09-12; MOTION TO INTERVENE FILED 09-19-11; MOTION TO ENFORCE FILED 03-22-11 AND EMERGENCY RECOMMENDATIONS OF GUARDIAN AD LITEM; PARTIES AND COUNSEL SHALL HAVE ACCESS TO THE SEALED PLEADINGS | | |
| 01/18/2013 | ORD: ORDER | | |
| | MINUTE ORDER REDUCING CHILD SUPPORT FROM MOTHER TO FATHER TO $182.00 MONTHLY PLUS $40.00 TOWARD ARREARAGES | | |
| 01/18/2013 | TAP: HEARING | | |
| | RM 242 8/36/43 - 9/06/59 * 9/12/00 - 9/16/11 | | |
| 01/09/2013 | NTC: OF HEARING | | |
| | ON MOTION TO COMPEL 01/18/13 AT 8:30 AM | | |
| 01/08/2013 | REQUEST FOR HEARING/ SETTING | RS | 1 |
| | RE: MOTION TO COMPEL DISCOVERY | | |
| 01/08/2013 | MTN: TO COMPEL DISCOVERY | RS | 1 |
| 12/13/2012 | EXHIBIT RECEIPT | | |
| 12/12/2012 | ORD: ORDER | | |
| | ON PT'S MOTION REGARDING CHILD SUPPORT AND VISITATION & RSP'S MOTION TO SEAL. SUPERVISED VISITS BETWEEN MOTHER AND CHILD SHALL CONTINUE. A PRESENTMENT SHALL BE HELD 01/18/13 AT 8:30 AM, WHEN COUNSEL SHALL PROVIDE A SPECIFIC REQUEST TO SEAL SPECIFIC PLEADINGS & FOLLOW RULE 79 SPECIFICALLY. | | |
| 12/03/2012 | NTC: OF HEARING | | |
| | ON MOTION TO SEAL THE COURT FILE ON 12/12/12 AT 9:00 AM | | |
| 11/27/2012 | DISCOVERY | RS | 1 |
| 11/27/2012 | REQUEST FOR HEARING/ SETTING | RS | 1 |
| | RE: RESPONDENT'S MOTION TO SEAL THE COURT FILE | | |
| 11/27/2012 | MTN: MOTION | RS | 1 |
| | RESPONDENT'S MOTION TO SEAL THE COURT FILE | | |
| 11/15/2012 | TAP: HEARING | | |
| | room#262/ 08.08.47 - 08.45.32 | | |
| 11/14/2012 | ORD: ORDER | | |
| | MINUTE ORDER STATING THE GUARDIAN AD LITEMS RECOMMENDATIONS ARE ADOPTED EXCEPT AS OUTLINED | | |
| 11/09/2012 | AMENDED NOTICE | | |
| | OF MOTION HEARING TO MODIFY CHILD SUPPORT & CHANGE VISITATION; 11/14/12 @ 8:05AM | | |
| 11/09/2012 | REQUEST FOR HEARING/ SETTING | PT | 1 |
| | ON MOTION FOR/TO RESPONSE TO RECOMMENDATIONS OF GUARDIAN AD LITEM | | |
| 11/09/2012 | SEALED DOCUMENT | PT | 1 |
| 11/08/2012 | REQUEST FOR HEARING/ SETTING | RS | 1 |
| | ON MOTION TO REINSTATE SUPERVISED VISITATION WITH MOTHER | | |
| 11/08/2012 | MTN: MOTION | RS | 1 |
| | RESPONDENT'S EMERGENCY MOTION TO REINSTATE SUPERVISED VISITATION WITH MOTHER | | |
| 11/06/2012 | RESPONSE | RS | 1 |
| | TO PETITIONER'S MOTION TO REQUEST A HEARING TO MODIFY CHILD SUPPORT AND CHANGE VISITATION SCHEDULE | | |
| 11/06/2012 | SEALED DOCUMENT | | |
| 11/01/2012 | NTC: OF HEARING | | |
| | ON MOTION TO MODIFY CHILD SUPPORT AND CHANGE VISITATION SCHEDULE 12/06/12 AT 10:30 AM | | |



| | | | |
|---|---|---|---|
| 10/30/2012 | REQUEST FOR HEARING/ SETTING | PT | 1 |
| | RE: MOTION FOR/TO CHANGE CHILD SUPPORT & VISITATION | | |
| 10/30/2012 | MTN: MOTION | PT | 1 |
| | FOR/TO MODIFY CHILD SUPPORT AND CHANGE VISITATION SCHEDULE | | |
| 08/29/2012 | ENTRY OF APPEARANCE | CK | 1 |
| 08/23/2012 | ORD: APPOINTING GUARDIAN AD LITEM | | |
| 08/23/2012 | ORD: ORDER | | |
| | MINUTE ORDER; JANE LEVY APPOINTED GAL; TRANSPORTATION OF CHILD OUTLINED | | |
| 08/23/2012 | TAP: HEARING | | |
| | room#262/ 09.40.09 - 10.04.25 | | |
| 08/10/2012 | NTC: OF HEARING | | |
| | ON MOTION TO APPOINT GAL; 8/23/12 @ 9:30AM | | |
| 08/07/2012 | REQUEST FOR HEARING/ SETTING | RS | 1 |
| | ON MOTION TO APPOINT GAL | | |
| 08/07/2012 | MTN: APPOINTMENT OF GUARDIAN AD LITEM | RS | 1 |
| 07/20/2012 | NTC: OF HEARING | | |
| | ON MOTION THAT STEP-FATHER DOES NOT DRIVE WHEN THE PARTIES CHILD IS IN THE VEHICLE 08/23/12 AT 9:00 AM | | |
| 07/19/2012 | REQUEST FOR HEARING/ SETTING | RS | 1 |
| | ON MOTION THAT STEP FATHER DOES NOT DRIVE WHEN CHILD IN A VEHICLE | | |
| 07/19/2012 | MTN: MOTION | RS | 1 |
| | THAT STEP-FATHER DOES NOT DRIVE WHEN THE PARTIES CHILD IS IN A VEHICLE | | |
| 06/20/2012 | ORD: ORDER | | |
| | Regarding Child Support Issues | | |
| 06/19/2012 | EXHIBIT RECEIPT | | |
| | by Clerk | | |
| 06/18/2012 | ORD: ORDER | | |
| | Court takes Child Support issues under advisement | | |
| 06/18/2012 | TAP: HEARING | | |
| | Room # 250 10:35:14 to 11:44:17 | | |
| 04/05/2012 | TAP: HEARING | | |
| | room#262/ 09.33.09 - 09.50.35 | | |
| 04/05/2012 | ORD: ORDER | | |
| | Minute Order: adopting attached report, no soccor or Venezuela, passport, evidentiary hearing 06/18/12 at 10:30 am | | |
| 03/19/2012 | NTC: OF HEARING | | |
| | on Rsp's Motion for the Child to Join AYSO Soccer and for Visitation out of State | | |
| 03/16/2012 | REQUEST FOR HEARING/ SETTING | RS | 1 |
| | re: Respondent's Motion the Child to Join AYSO Soccer and for Visitation out of State | | |
| 03/16/2012 | MTN: MOTION | RS | 1 |
| | for the Child to Join AYSO Soccer and For Visitation out of State | | |
| 02/27/2012 | NTC: HEARING (VACATE & RESET) | | |
| | from 04/06/12 to 04/05/12 at 9:30 am | | |
| 12/16/2011 | EXHIBIT RECEIPT | | |
| 12/12/2011 | TAP: HEARING | | |
| | ROOM#250/ 08.40.30 - 10.18.22/ 10.43.04 - 10.55.45 | | |
| 12/12/2011 | ORD: ORDER | | |
| | Minute Order: as to trial, custody, visitation, review 04/06/12 at 8:30 am, counseling | | |
| 11/09/2011 | ORD: ORDER | PT | 1 |
| | Minute Order Denying Proposed Intervention as Permissive Per Rule 1-024 B | | |
| 09/19/2011 | REQUEST FOR HEARING/ SETTING | IV | 1 |
| | re: Motion to Intervene | | |
| 09/19/2011 | SEALED DOCUMENT | | |
| 09/15/2011 | RESPONSE | RS | 1 |
| | Respondent's Reponse to Petitioner's Emergency Motion for Review Hearing and for Order to Show Cause | | |
| 09/13/2011 | NTC: NOTICE | RS | 1 |
| | of continuance | | |



| Date | Event | Party | No. |
|---|---|---|---|
| 09/08/2011 | ORD: ORDER | | |
| | stating that parties are not to ingest drugs and alcohol as outlied | | |
| 09/08/2011 | TAP: HEARING | | |
| | Room 262 03:21:16 to 03:35:10 | | |
| 08/03/2011 | NTC: OF HEARING | | |
| | Emergency Motion for Review Hearing set for 09-08-11 at 3:00 pm | | |
| 07/27/2011 | REQUEST FOR HEARING/ SETTING | PT | 1 |
| | re: Emergency Motion for Review Hearing and For Order to Show Cause | | |
| 07/27/2011 | MTN: MOTION | PT | 1 |
| | Emergency Motion for Review Hearing and For Order to Show Cause | | |
| 06/03/2011 | ORD: ORDER | | |
| | Pet has unsupervised visitation until 706 evaluation is completed, Pet to pay $500 monthly child support | | |
| 06/01/2011 | REQUEST FOR HEARING/ SETTING | | |
| | FILING REQUEST FOR SETTING ON EMERGENCY MOTION FOR CHANGE IN DAYCARE (PET) | | |
| 06/01/2011 | MTN: MOTION | | |
| | FILING EMERGENCY MOTION FOR TO CHANGE DAYCARE - ATTACHMENT (PET) | | |
| 06/01/2011 | AFFIDAVIT OF SERVICE | | |
| | FILING AFFIDAVIT OF SERVICE OF SUBPOENA TO CHRISTINE ESPARZA ON 5/27/011 <NO FEE PAID> (PROCESS SERVER) | | |
| 06/01/2011 | AFFIDAVIT OF SERVICE | | |
| | FILING AFFIDAVIT OF SERVICE OF SUBPEONA TO JERRI MILLER ON MAY 27, 2011 <NO FEE PAID> (PROCESS SERVER) | | |
| 04/19/2011 | ORD: STIPULATED | | |
| | FILING STIPULATED ORDER TO CONTINUE HEARING SET FOR 4-19-2011 AND RESET FOR 6-3-2011 AT 9:30 AM | | |
| 04/18/2011 | AFFIDAVIT OF SERVICE | | |
| | FILING AFFIDAVIT OF SERVICE, OF SUBPOENA TO CARSON STADFORD FOR JERRI MILLER ON 04-15-11 <$95.00> (ANDREW GALLEGOS) | | |
| 04/18/2011 | AFFIDAVIT OF SERVICE | | |
| | FILING AFFIDAVIT OF SERVICE, OF SUBPOENA TO CARSON STADFORD FOR CHRISTINA ESPARZA ON 04-15-11 <$95.00> (ANDREW GALLEGOS) | | |
| 04/14/2011 | ORD: ORDER | | |
| | FILING MINUTE ORDER FINDING NO CONTEMPT; PARTIES ARE TO FOLLOW HISORICAL STATUS QUO FOR VISITATION; APN CAN ACCOMIDATE VISITS ON 05/07/11 BEFORE 2:30 PM; HEARING CONTINUED TO 04/19/11 @ 1:30 PM | | |
| 04/11/2011 | AFFIDAVIT OF SERVICE | | |
| | FILING AFFIDAVIT OF SERVICE OF SUBPOENA TO CHRISTINE ESPARZA ON 04/05/10 <SIC> (ANTONIO GALLEGOS) | | |
| 04/11/2011 | AFFIDAVIT OF SERVICE | | |
| | FILING AFFIDAVIT OF SERVICE OF SUBPOENA ON LYNN JANDER ON 04/05/10 <SIC> (ANTONIO GALLEGOS) | | |
| 03/25/2011 | RESPONSE | | |
| | FILING RESPONDENT'S RESPONSE TO PETITIONER'S EMERGENCY MOTION TO ENFORCE STATUS QUO VISITATION AND ALLOW UNSUPERVISED VISITATION (RSP) | | |
| 03/23/2011 | NTC: HEARING (DOM MATTERS) | | |
| | FILING NOTICE OF HEARING ON EMERGENCY MOTION TO ENFORCE STATUS QUO VISITATION AND ALLOW UNSUPERVISED VISITATION ON 4-14-2011 AT 3:30 PM | | |
| 03/22/2011 | REQUEST FOR HEARING/ SETTING | | |
| | FILING REQUEST FOR HEARING ON EMERGENCY MOTION TO ENFORCE STATUS QUO VISITATION AND ALLOW UNSUPERVISED VISITATION (PET) | | |
| 03/22/2011 | SEALED DOCUMENT | | |
| 03/02/2011 | WITHDRAWAL/ ENTRY/ SUBSTITUTION OF COUNSEL | | |
| | FILING NOTICE OF WITHDRAWAL AND SUBSTITUTION FELISSA M. GARCIA HEREBY WITHDRAWS AS ATTY OF RECORD FOR PET AND TRUJILLO DODD TORRES OBRIEN SANCHEZ LLC ENTERS THEIR APPEARANCE (PET ATTY) | | |
| 02/14/2011 | ORD: OF APPOINTMENT | | |
| | FILING STIPULATED ORDER REGARDING 706 EXPERT: APPOINTING DR BETH ROTH TO DETERMINE CUSTODY AND VISITATION | | |
| 02/11/2011 | EXHIBIT RECEIPT | | |
| | FILING RECEIPT FOR EXHIBITS INTRODUCED 02-08-11 (CLERK) | | |
| 02/08/2011 | ORD: ORDER | | |
| | FILING MINUTE ORDER :ORDERING DAYCARE GUIDLINES AS OUTLINED; PET TO CLAIM MINOR FOR 2010 AND EVEN YEARS AND RSP IN ODD YEARS FOR TAXES AS OUTLINED; OWNERSHIP OF 1957 CHEVROLET A57 IS RESERVED; RSP TO PAY HIS PORTION FOR DR ROTHS FEES BY 02/11/11; STATUS QUO VISITATION SHALL CONTINUE UNTIL FURTHER COURT ORDER | | |
| 02/07/2011 | AFFIDAVIT OF SERVICE | | |
| | FILING AFFIDAVIT OF SERVICE OF SUBPOENA FOR APPEARANCE AT TRIAL TO MARY BACA BY FAX 02-04-11 (SANDRA A TAFOYA) | | |
| 02/07/2011 | AFFIDAVIT OF SERVICE | | |



| | |
|---|---|
| | FILING AFFIDAVIT OF SERVICE OF SUBPOENA FOR TELEPHONIC APPEARANCE AT TRIAL TO HOLLY WAMBOLD BY PERSONAL SERVICE 02-04-11 (SANDRA A TAFOYA) |
| 02/07/2011 | CORRESPONDENCE<br>FILING INSTRUCTION LETTER TO 706 EXPERT, DR. BETH ROTH RE: PERFORMING CUSTODY EVALUATION & OTHER DUTIES AS OUTLINED (COUNSEL FOR BOTH PARTIES) |
| 02/07/2011 | REQUEST FOR HEARING/<br>SETTING<br>FILING REQUEST FOR SETTING OF MOTION TO ALLOW WITNESS, WARREN BEATTY, TO APPEAR TELEPHONICALLY (PET) |
| 02/07/2011 | MTN: TO APPEAR<br>TELEPHONICALLY<br>FILING MOTION TO ALLOW WITNESS WARREN BEATTY TO APPEAR TELEPHONICALLY RE: HEARING 02-08-11 2:30 - ATTACHMENT (PET) |
| 02/07/2011 | REQUEST FOR HEARING/<br>SETTING<br>FILING REQUEST FOR SETTING ON MOTION TO ALLOW WITNESS, HOLLY WAMBOLD, TO APPEAR TELEPHONICALLY (PET) |
| 02/07/2011 | MTN: TO APPEAR<br>TELEPHONICALLY<br>FILING MOTION TO ALLOW WITNESS HOLLY WAMBOLD TO APPEAR TELEPHONICALLY RE: HEARING 02-08-11 2:30 - ATTACHMENT (PET) |
| 02/04/2011 | WITNESS LIST<br>FILING WITNESS LIST (PET) |
| 01/19/2011 | NTC: HEARING (DOM<br>MATTERS)<br>FILING NOTICE OF HEARING ON RSP'S VERIFIED MOTION FOR CHILD SUPPORT TO DETERMINE TAX EXEMPTION AND TO DETERMINE STATUS OF VEHICLE 01/27/11 9 AM |
| 01/18/2011 | REQUEST FOR HEARING/<br>SETTING<br>FILING REQUEST FOR HEARING ON RESPONDENTS VERIFIED MOTION FOR CHILD SUPPORT AND TO DETERMINE TAX EXEMPTION AND TO DETERMINE STATUS OF VEHICLE (RSP) |
| 01/18/2011 | MTN: MOTION<br>FILING RESPONDENTS VERIFIED MOTION FOR CHILD SUPPORT TO DETERMINE TAX EXEMPTION AND TO DETERMINE STATUS OF VEHICLE - ATTACHMENT (RSP) |
| 12/14/2010 | NTC: HEARING (DOM<br>MATTERS)<br>FILING NOTICE OF HEARING ON 01/27/11 @ 9:00 AM RE: EMERGENCY MOTION FOR REVIEW HEARING |
| 12/14/2010 | NTC: HEARING (DOM<br>MATTERS)<br>FILING NOTICE OF SETTING ON 01/27/11 @ 9:00 AM RE: RESPONDENTS VERIFIED MOTION TO ALLOW RESPONDENT TO CHANGE CHILD'S DAY CARE TO COMPEL MOTHER TO RETURN CHILD'S ITEMS AND TO BRING FATHER CHILD'S CLOTHES AND TO APPOINT A NEW RULE 706 EXPERT |
| 12/09/2010 | ORD: ADOPTING<br>PARENTING PLAN<br>FILING ORDER ADOPTING PARENTING PLAN/ COURT CLINIC RECOMMENDATIONS AS TEMPORARY ORDER <ATTACHMENT> |
| 12/03/2010 | REQUEST FOR HEARING/<br>SETTING<br>FILING REQUEST FOR SETTING RE; RESPONSENT'S VERIFIED MOTION TO ALLOW RESPONDENT TO CHANGE CHILD'S DAY CARE TO COMPEL MOTHER TO RETURN CHILD'S ITEMS AND TO BRING FATHER CHILD'S CLOTHES AND TO APPOINT A NEW RULE 706 EXPERT (RSP) |
| 12/03/2010 | MTN: MOTION<br>FILING RESPONSENT'S VERIFIED MOTION TO ALLOW RESPONDENT TO CHANGE CHILD'S DAY CARE TO COMPEL MOTHER TO RETURN CHILD'S ITEMS AND TO BRING FATHER CHILD'S CLOTHES AND TO APPOINT A NEW RULE 706 EXPERT <ATTACHMENT> (RSP) |
| 12/03/2010 | REQUEST FOR HEARING/<br>SETTING<br>FILING REQUEST FOR SETTING RE: EMERGENCY MOTION FOR REVIEW HEARING (PET) |
| 12/03/2010 | MTN: MOTION<br>FILING EMERGENCY MOTION FOR REVIEW HEARING RE: RESTORE CUSTODY OF CHILD TO PET <ATTACHMENT> (PET) |
| 11/30/2010 | ORD: ORDER<br>FILING MINUTE ORDER DENYING PET'S OBJECTIONS; 11-01-10 ORDER REMAINS IN EFFECT |
| 11/19/2010 | RESPONSE<br>FILING RESPONDENT'S RESPONSE TO PETITIONER'S OBJECTIONS TO PRIORITY CONSULTATION RECOMMENDATIONS (RS) |
| 11/12/2010 | REQUEST FOR HEARING/<br>SETTING<br>FILING REQUEST FOR HEARING ON OBJECTIONS TO PRIORITY CONSULTATION RECOMMENDATIONS (PET) |
| 11/12/2010 | OBJECTION/OPPOSITION<br>FILING OBJECTIONS TO PRIORITY CONSULTATION RECOMMENDATIONS - ATTACHMENT (PET) |
| 11/03/2010 | NTC: NOTICE<br>FILING NOTICE OF MAILING COURT CLINIC PRIORITY CONSULTATION RECOMMENDATIONS (COURT CLINIC) |



| | |
|---|---|
| 11/02/2010 | EXHIBIT RECEIPT<br>FILING RECEIPT FOR EXHIBITS, INTRODUCED ON 11-01-10 (CLERK) |
| 11/01/2010 | ORD: ORDER<br>FILING MINUTE ORDER ADOPTING COURT CLINIC PRIORITY CONSULTATION RECOMMENDATIONS; OUTLINING FATHER AND MOTHERS VISITATION; DR STEINMAN IS APPOINTED THE COURTS 706 EXPERT - ATTACHMENT |
| 10/13/2010 | NTC: HEARING (DOM MATTERS)<br>FILING NOTICE OF HEARING ON PRIORITY CONSULTATION RECOMMENDATIONS, TIMESHARING SET FOR 11/1/2010 @ 3:30PM |
| 10/08/2010 | REQUEST FOR HEARING/ SETTING<br>FILING COURT CLINIC REQUEST FOR HEARING ON PRIORITY CONSULTATION RECOMMENDATIONS, TIMESHARING - ATTACHMENT (COURT CLINIC) |
| 10/07/2010 | ORD: ORDER<br>FILING MINUTE ORDER DIRECTING PET TO ANSWER DISCOVERY AS SHOWN ON RSP NOTICE; PET SHALL PAY 150.00 IN ATTORNEYS FEES TO RSP NO LATER THAN 60 DAYS FROM ORDER |
| 09/03/2010 | EXHIBIT RECEIPT<br>FILING RECEIPT FOR EXHIBITS, INTRODUCED ON 09-01-10 (CLERK) |
| 09/01/2010 | CCL: COURT CLINIC PRIORITY<br>FILING COURT CLINIC REFERRAL ORDER RE: PRIMARY RESIDENCE AND TIMESHARING - ATTACHMENT |
| 09/01/2010 | ORD: ORDER<br>FILING MINUTE ORDER DECLARING CHILD MAY NOT LEAVE BERNALILLO COUNTY WITHOUT A COURT ORDER; GRANTING PARTIES JOINT LEGAL CUSTODY; CC REFERRAL ORDER; OUTLINING DAYCARE; OUTLINING SUPPORT; OUTLINING TIMESHARING; PET SHALL HAVE TEMPORARY PHYSICAL CUSTODY; OUTLINING EXCHANGE AT APN |
| 08/25/2010 | REQUEST FOR HEARING/ SETTING<br>FILING NOTICE OF SETTING ON RESPONDENT'S MOTION TO COMPEL AND FOR SANCTIONS ON 10-07-2010 AT 2PM |
| 08/24/2010 | REQUEST FOR HEARING/ SETTING<br>FILING REQUEST FOR SETTING ON RESPONDENT'S MOTION TO COMPEL AND FOR SANCTIONS (RSP) |
| 08/24/2010 | MTN: MOTION<br>FILING RESPONDENT'S MOTION TO COMPEL AND FOR SANCTIONS - ATTACHMENT (RSP) |
| 08/20/2010 | INTERROGATORIES CERTIFICATE<br>FILING CERTIFICATE OF SERVICE OF PT'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO PT ON 8/19/10 (RS) |
| 08/18/2010 | ORD: STIPULATED<br>FILING STIPULATED ORDER ALLOWING SUPERVISED VISITATION AT APN; PET SHALL HAVE SUPERVISED TIMESHARING AS OUTLINED; ALL VISITS AT APN OR SUPERVISED SHALL BE PAID ENTIRELY BY PET UNTIL FURTHER ORDER OF THE COURT; ALL RECOMMENDATIONS OF CYFD SHALL BE FOLLOWED UNTIL FURTHER ORDER OF THE COURT; VISITS WILL BE LIMITED TO PET, HER MOTHER AND KOLBY'S SISTER |
| 08/16/2010 | NTC: HEARING (DOM MATTERS)<br>FILING NOTICE OF SETTING ON RESPONDENT'S AMENDED EMERGENCY MOTION FOR SOLE CUSTODY AND CHILD SUPPORT ON 09-01-2010 AT 9AM |
| 08/13/2010 | REQUEST FOR HEARING/ SETTING<br>FILING REQUEST FOR HEARING ON RESPONDENT'S AMENDED EMERGENCY MOTION FOR SOLE CUSTODY AND TO REVIEW CHILD SUPPORT (RSP) |
| 08/13/2010 | MTN: MOTION<br>FILING RESPONDENT'S AMENDED EMERGENCY MOTION FOR SOLE CUSTODY AND TO REVIEW CHILD SUPPORT - ATTACHMENT (RSP) |
| 08/10/2010 | NTC: HEARING (VACATE & RESET)<br>FILING NOTICE AND ORDER VACATING AND RESCHEDULING HEARING VACATING HEARINGS SET FOR FOR 08/24/10 AND 10/07/10 AND RE-SETTING FOR 09/01/10 9:00 AM; OUT OF TOWN WITNESSES TO APPEAR TELEPHONICALLY AS OUTLINED; |
| 08/06/2010 | NTC: HEARING (DOM MATTERS)<br>FILING NOTICE OF HEARING ON EMERGENCY MOTION TO ENFORCE STATUS QUO CUSTODY AND TIMESHARING SET FOR 08-24-10 9:00 |
| 08/05/2010 | NTC: HEARING (DOM MATTERS)<br>FILING NOTICE OF HEARING ON RESPONDENT'S VERIFIED EMERGENCY MOTION FOR SOLE CUSTODY AND TO REVIEW CHILD SUPPORT SET FOR 10/07/2010 @ 2PM |
| 08/05/2010 | REQUEST FOR HEARING/ SETTING<br>FILING REQUEST FOR HEARING OF RSP'S VERIFIED EMERGENCY MOTION FOR SOLE CUSTODY AND TO REVIEW CHILD SUPPORT (RSP) |

Exhibit C

| Date | Entry |
|---|---|
| 08/05/2010 | MTN: MOTION<br>FILING RESPONDENT'S VERIFIED EMERGENCY MOTION FOR SOLE CUSTODY AND TO REVIEW CHILD SUPPORT - ATTACHMENT (RSP) |
| 08/05/2010 | REQUEST FOR HEARING/<br>SETTING<br>FILING REQUEST FOR HEARING ON EMERGENCY MOTION TO ENFORCE STATUS QUO CUSTODY AND TIMESHARING (PET) |
| 08/05/2010 | MTN: MOTION<br>FILING EMERGENCY MOTION TO ENFFORCE STATUS QUO CUSTODY AND TIMESHARING - ATTACHMENT (PET) |
| 07/28/2010 | DISCOVERY<br>FILING CERTIFICATE OF ANSWERS TO RSP'S DISCOVERY REQUESTS TO RSP (PET) |
| 07/16/2010 | DISCOVERY<br>FILING CERTIFICATE OF SERVICE, OF INTERROGATORIES AND REQUEST FOR PRODUCTION TO COUNSEL FOR RS (PT) |
| 07/14/2010 | ENTRY OF APPEARANCE<br>FILING ENTRY OF APPEARANCE BY S MATTHEW TORRES FOR PET |
| 07/02/2010 | NTC: JUDGE ASSIGNMENT<br>FILING NOTICE OF JUDGE ASSIGNMENT; CASE ASSIGNED TO JUDGE GERARD J LAVELLE DUE TO EXCUSAL OF JUDGE ANGELA J. JEWELL |
| 07/02/2010 | JDG: JUDGE ASSIGN<br>EXCUSAL/ CHALLENGE<br>FILING NOTICE OF JUDGE ASSIGNMENT, CASE ASSIGNED TO JUDGE GERARD LAVELLE, MAILED 07-02-2010 (CLERK) |
| 06/29/2010 | NTC: HEARING (DOM<br>MATTERS)<br>FILING NOTICE OF HEARING ON MOTION TO MODIFY OR ENFORCE CHILD SUPPORT ORDER ON 10-07-2010 AT 2PM |
| 06/28/2010 | NTC: HEARING (DOM<br>MATTERS)<br>FILING NOTICE OF HEARING ON MOTION FOR DOMESTIC MATTERS 10-07-2010 2:00 |
| 06/28/2010 | JDG: JUDGE EXCUSAL/<br>CHALLENGE<br>FILING RESPONDENT'S ELECTION TO EXCUSE JUDGE ANGELA JEWELL (RSP) |
| 06/25/2010 | RESPONSE<br>FILING RESPONDENT'S RESPONSE TO PETITIONER'S MOTION TO MODIFY PREVIOUS DECREE/JUDGMENT/ORDER (RSP) |
| 06/24/2010 | REQUEST FOR HEARING/<br>SETTING<br>FILING REQUEST FOR HEARING ON MOTION FOR DOMESTIC MATTERS (PET PRO SE) |
| 06/24/2010 | MTN: MOTION<br>FILING MOTION FOR DOMESTIC MATTERS (PET PRO SE) |
| 06/24/2010 | REQUEST FOR HEARING/<br>SETTING<br>FILING REQUEST FOR HEARING ON MOTION TO MODIFY OR ENFORCE CHILD SUPPORT ORDER (PET PRO SE) |
| 06/24/2010 | MTN: MOTION<br>FILING MOTION TO MODIFY OR ENFORCE CHILD SUPPORT ORDER - ATTACHMENT (PET PRO SE) |
| 06/24/2010 | JDG: JUDGE ASSIGN<br>ADMINISTRATIVE<br>FILING NOTICE OF JUDGE REASSIGNMENT, CASE REASSIGNED TO JUDGE ANGELA JEWELL DUE TO RELATED CASE DV-2010-1320, MAILED 6-25-2010 (CLERK) |
| 06/18/2010 | NTC: HEARING (DOM<br>MATTERS)<br>FILING NOTICE OF HEARING ON MOTION TO MODIFY PREVIOUS DECREE JUDGMENT ORDER ON 10-07-2010 AT 2PM |
| 06/18/2010 | CERTIFICATE OF SERVICE<br>FILING CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS AND CERTIFICATE OF SERVICE TO PET (RSP) |
| 06/14/2010 | REQUEST FOR HEARING/<br>SETTING<br>FILING REQUEST FOR HEARING ON MOTION TO MODIFY PREVIOUS DECREE/JUDGMENT/ORDER (PET PRO SE) |
| 06/14/2010 | MTN: MOTION<br>FILING MOTION TO MODIFY PREVIOUS DECREE/JUDGMENT/ORDER - ATTACHMENT (PET PRO SE) |
| 06/03/2010 | ORD: ORDER<br>FILING MINUTE ORDER; RSP GAVE PET $700.00 IN CHILD SUPPORT ARREAGES IN OPEN COURT; DR JETTA OWENS IS APPOINTED 706 EXPERT TO DETERMINE CUSTODY AND <ILLEGIBLE> PARTIES TO SHARE COST EQUALLY; FATHER'S TIMESHARE AS OUTLINED; MOTHER MAY TAKE CHILD BACK EAST IN 08/10 FOR A WEEK, NOT TO INCLUDE FATHER'S WEEKEND; CHILD MAY SPEND A WEEK WITH PATERNAL GRANDPARENTS AS OUTLINED |
| 05/13/2010 | ENTRY OF APPEARANCE<br>FILING ENTRY OF APPEARANCE BY LESLIE BECKER FOR RSP (RSP) |
| 05/10/2010 | NTC: HEARING (DOM<br>MATTERS)<br>FILING NOTICE OF HEARING ON REPORT BACK/STATUS AFTER COURT CLINIC ON CALL ON 06-03-2010 AT 11AM |

| | |
|---|---|
| 02/10/2010 | ORD: ADOPTING PARENTING PLAN<br>FILING ORDER ADOPTING PARENTING PLAN COURT CLINIC RE- COMMENDTIONS ADOPTING TEMPORARY PARENTING PLAN ATTACHED HERETO AS AN ORDER OF THE COURT - ATTACHMENT |
| 02/10/2010 | CCL: COURT CLINIC INFO<br>FILING COURT CLINIC CASE DISPOSITION: TEMPORARY AGREEMENT |
| 01/19/2010 | NTC: NOTICE<br>FILING NOTICE OF MAILING OF PARENTING PLAN (COURT CLINIC) |
| 09/10/2009 | CCL: COURT CLINIC MEDIATION<br>FILING COURT CLINIC REFERRAL ORDER; TIMESHARING OR VISITATION; MEDIATION AND IF NECESSARY AN ADVISORY CONSULTATION AND OTHER SERVIES AS DEEMED APPROPRIATE IN THE BESTS INTEREST OF THE CHILDREN |
| 09/10/2009 | ORD: ORDER<br>FILING ORDER ADJUDICATION PARENTAGE; VITAL RECORDS AND HEALTH STATISTICS OF THE NMM DEPT OF HEALTH SHALL PREPARE A NEW CERTIFICATE OF BIRTH REFLECTING THE PARENTS OF CHILDREN AS ADJUDICATED HEREIN |
| 09/10/2009 | ORD: ORDER<br>FILING MINUTE ORDER; PARTIES ARE THE PARENTS OF KOLBY L PETTINE LONDONO; FILE CAPTION SHALL BE AMENDED TO REFLECT RSP'S CORRECT NAME; UNTIL FURTHER ORDER OF THE COURT, NEITHER PARTY SHALL BE ALLOWED TO TAKE KOLBY OUT OF THE STATE OF NM EXCEPT THAT PET SHALL BE PERMITTED TO TRAVEL ONE WEEKEND IN 12/4-7/09; PARTIES SHALL BE REFERRED TO COURT CLINIC TO ADDRESS LONG-TERM TIMESHARING; PARTIES SHALL HAVE JOINT LEGAL CUSTODY; CHILD SHALL RESIDE PRIMARILY WITH PET AND TIMESHARING AS OUTLINED; BEGINNING 10/01/09 AND EACH MONTH THEREAFTER, RSP SHALL PAY $762.00 CHILD SUPPORT PER MONTH; ALL OTHER CHILD SUPPORT ISSUES ARE RESERVED <ATTACHMENT> |
| 08/13/2009 | RESPONSE<br>FILING RESPONDENT'S RESPONSE TO KRISTIAN PETTINE PETITIONERS MOTION FOR SOLE LEGAL AND PRIMARY PHYSICAL CUSTODY DATED JULY 31, 2009 (RSP PRO SE) <SIC> |
| 08/06/2009 | NTC: HEARING (DOM MATTERS)<br>FILING NOTICE OF HEARING OF MOTION FOR SOLE LEGAL CUSTODY AND PRIMARY PHYSICAL CUSTODY 09-10-09 11:00 |
| 07/31/2009 | REQUEST FOR HEARING/ SETTING<br>FILING COPY OF REQUEST FOR HEARING ON MTN FOR SOLE LEGAL CUSTODY & PRIMARY PHYSICAL CUSTODY (PET PRO SE) |
| 07/31/2009 | MTN: MOTION<br>FILING MOTION FOR/TO SOLE LEGAL AND PRIMARY PHYSICAL - ATTACHMENT (PET PRO SE) <SIGNATURE ON SCRA IS COPY> |
| 07/27/2009 | SUMMONS RETURN<br>FILING SUMMONS RETURNED SERVED RSP CAMILO A. LONDON 07/17/09 (PET) |
| 07/21/2009 | PRO SE RESPONSE/REPLY<br>FILING ANSWER TO PETITION TO ESTABLISH PARENTAGE, DETERMINE CUSTODY AND TIME-SHARING AND ADDESS<SIC> CHILD SUPPORT FILED JULY 17, 2009 BY KRISTIAN PETTINE (RSP PRO SE) |
| 07/17/2009 | ORD: TEMPORARY DOMESTIC ORDER<br>FILING TEMPORARY DOMESTIC ORDER RESTRAINING PARTIES |
| 07/17/2009 | SUMMONS ISSUED |
| 07/17/2009 | OPN: PETITION<br>FILING PETITION TO ESTABLISH PARENTAGE, DETERMINE CUSTODY AND TIME-SHARING, AND ASSESS CHILD SUPPORT |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 07/02/2010 | Lavelle, Gerard J. | 3 | Judge Excused/Challenged |
| 07/17/2009 | Lavelle, Gerard J. | 1 | INITIAL ASSIGNMENT |
| 06/24/2010 | Jewell, Angela J. | 2 | Administrative Assignment |

