# Incident Narrative
## 10-07-476

## Supplemental Narrative

### 10-07-476

Mr. Andre Gallegos, 17 years of age was placed in hand cuffs while Officer Robert Vigil restrained Andre's Father Mr. Antonio Gallegos, due to Andre himself becoming aggressive and uncooperative. Officer Vigil and I had to repeatedly tell Andre to stay back and stop enticing his father to be combative while his father was being hand cuffed after battering, and resisting Officer Vigil. I had dispatch contact the Juvenile Probation Office and the on call JPO "Martha" called me at which point I informed her of the situation. Martha from JPO told me that Andre did not score high enough on the JPO points system for obstruction charges however she did say, due to the fact that all the adults in the home were intoxicated and his father and stepmother were being arrested for charges that Andre should be transported to the youth shelter in Santa Fe for Protective Custody until a family member was reached that would take responsibility for Andre. I transported Andre to the Espanola holding facility where he was held until Detention staff could transport Andre to the Santa Fe Youth Shelter. While at the Espanola Holding Facility, Sgt. Jeff Martinez asked Mr. Gallegos if there were any family members available that would be able to take responsibility of Andre rather than him be transported to the Santa Fe youth shelter, and Mr. Gallegos stated "yes" at which point Andre asked Mr. Gallegos if he could be picked up by his friend "Robert". Mr. Gallegos said "hell ya, Robert is fine! He can go with Robert." Detention staff was told that Andre could be released to Robert only because Mr. Gallegos gave Andre permission. It should be noted that Andre was never placed under arrest and no charges were ever filed on Andre.

Officer Jeremy Apodaca #14

# Exhibit H