# Incident Narrative
## 10-07-476

**BOOKING AUTHORITY FORM** (PLEASE PRINT)

ARRESTING AGENCY: Española Police Department
CITY AR#: 10-07-476
DATE: 7/31/10
D.O.B: 8/5/92

PLEASE DETAIN:
LAST: Gallegos
FIRST: Andre
MIDDLE: S
AGE: 17
ETHNICITY: Hispanic

ARRESTED PERSUANT TO: (check appropriate reason for the arrest)
I. **FELONY**
  _____ Committed in my presence
  _____ I have reasonable cause to believe that the arrestee committed the felony listed below.

II. **MISDEMEANOR**
  _____ Committed in my presence.
  _____ Citizen's arrest.

III. **OTHER AUTHORITIES**
  _____ Commitment (J&S)   _____ Foreign Warrant   _____ Local Warrant   _____ Parole
  _____ Probation          _____ Mental Evaluation _____ Protective Custody

**CHARGE:**

| SECTION & CODE | DEGREE | CRIME TITLE |
|---|---|---|
|  |  |  |
|  |  |  |

**COURT:**
_____ District   _____ Magistrate   _____ Municipal   _____ Tribal Court

**ARREST LOCATION:**
ARREST OR FIELD LOCATION: 1201 A N. Paseo De Onate
CITY: Española
DATE: 7/31/10
TIME: 1246
LOCATION OF VEHICLE: _____

**REMARKS:** _____

**ADDRESS OF SUBJECT:** _____    **TELEPHONE #:** _____

List all valuable property
Currency $ _____   Credit Card _____   Other property with a value over $50.00 _____
Jewelry _____     Cell Phone _____

ARRESTING OFFICER: [signature]
TRANSPORTING OFFICER: [signature]
BOOKING OFFICER: [signature]
BOND: Hold

**Exhibit I**