# Incident Narrative
## 10-07-476

Magistrate Criminal Rule 6-201

STATE OF NEW MEXICO

IN THE MAGISTRATE COURT

Rio Arriba COUNTY

STATE OF NEW MEXICO
v.

No. _____

NAME: Pettine, Kristian

Date Filed:

## CRIMINAL COMPLAINT

CRIME: I- RESISTING, EVADING,OR OBSTRUCTING AN OFFICER
(common name of offense or offenses)

The undersigned, under penalty of perjury complains and says that on or about the 31st day of July, 2010, in the County of Rio Arriba, State of New Mexico, the above named defendant(s) did (here state the essential facts):

Count I: intentionally flee, attempt to evade, or evaded an officer of this state, to-wit:Officer Robert Vigil, knowing that said officer was attempting to apprehend or arrest him
contrary to Section(s)Count I:30-22-1B NMSA1978
I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.

If Probable Cause Determination Required
Probable Cause Found ____ : Not Found ____
(If not found, complaint dismissed &
defendant released)
Date: _____
Judge: _____

Jeremy Apodaca/Officer
Complainant

Police Officer/Espanola Police Department
Title, (if any)

Approved / Title

This complaint may not be filed without prior payment of a filing fee, unless approved by the district attorney or a law enforcement officer authorized to serve an arrest or search warrant. Approval of the district attorney or a law enforcement officer is not otherwise required.

**Distribution Instructions**
White - Court          Yellow - Defendant          Pink - Plaintiff

