## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

## SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE KAREN B. MOLZEN

Caption:  **Gallegos et al v. City of Espanola et al**
**CIV 12-0224 LH/KBM**

Date & Time:  **Thursday, November 21, 2013 at 9:00 a.m.**

Appearances for Plaintiff:

**Nathaniel V. Thompkins**

Appearances for Defendants:

**Mark A. Basham**

Plaintiffs In Attendance:

~~BENA THOMPKINS~~ -
ANTONIO GALLEGOS
KRISTIN PETTINE
ANDRE GALLEGOS.

Defendants In Attendance:

Robert Vigil  EPD
Joe Martinez EPD
Jeremy Apodaca  EPD

Others Attending:

Phil Boland, OneBeacon INS. Co.
BINA THOMPKINS

Partial — with π Andre Gallegos only.

____Case settled.   Per order filed concurrently, closing documents due on_____.

____Case did not settle.

____Settlement efforts to be continued on_____at_____.

____#560 ~~Cimarron~~ Pecos Courtroom; Time in Court= __9-12  Pecos__.  3hr