**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**ANTONIO GALLEGOS, KRISTIAN PETTINE,
and ANDRE GALLEGOS,**

      **Plaintiffs,**

**v.**                            **Case No. 12-CV-00224 LH/KBM**

**CITY OF ESPANOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS
JOHN DOES 1 THROUGH 10, individually and in their official
capacities,**

      **Defendants.**

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST
DEFENDANTS JOE MARTINEZ, JEREMY APODACA AND ROBERT VIGIL**

      Plaintiff, ANDRE GALLEGOS, through his undersigned attorney, and Defendants JOE

MARTINEZ, JEREMY APODACA and ROBERT VIGIL through their undersigned attorneys,

pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate to the dismissal of all claims against the

previously named individual Defendants with prejudice.

                                       Respectfully Submitted,

                                        **_/s/  Mark A. Basham_____**
                                        Mark A. Basham
                                        Basham & Basham, P.C.
                                        2205 Miguel Chavez, Suite A
                                        Santa Fe, New Mexico 87505
                                        505-988-4575 – telephone
                                        505-992-6170 - facsimile
                                        mbasham@bbpcnm.com
                                        Attorneys for Defendants

**AGREED TO BY:**

*Electronically approved 12/2/13*
Nathaniel Thompkins
New Mexico Firm, L.L.C.
103 N. St. Francis Drive, Unit A.
Santa Fe, NM  87501
Attorney for Plaintiffs
nate@newmexicofirm.com