IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO GALLEGOS, KRISTIAN PETTINE,
and ANDRE GALLEGOS,

    Plaintiffs,

v.                                        Case No. 12-CV-00224 LH/KBM

CITY OF ESPANOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS
JOHN DOES 1 THROUGH 10, individually and in their official
capacities,

    Defendants.

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF ANDRE GALLEGOS AND DEFENDANT CITY OF ESPANOLA

    COME NOW Plaintiff, ANDRE GALLEGOS, through his undersigned attorney, and Defendant CITY OF ESPANOLA through its undersigned attorneys, and hereby notify the Court that they have settled all disputed issues between them.

                                                  Respectfully Submitted,

                                                  _/s/_Mark A. Basham_____
                                                  Mark A. Basham
                                                  Basham & Basham, P.C.
                                                  2205 Miguel Chavez, Suite A
                                                  Santa Fe, New Mexico 87505
                                                  505-988-4575 – telephone
                                                  505-992-6170 - facsimile
                                                  mbasham@bbpcnm.com
                                                  Attorneys for Defendants

**AND:**

APPROVED AS TO FORM:

<u>*Electronically approved 1/29/14*</u>
Nathaniel Thompkins
New Mexico Firm, L.L.C.
103 N. St. Francis Drive, Unit A.
Santa Fe, NM 87501
Attorney for Plaintiffs
nate@newmexicofirm.com