IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO GALLEGOS, KRISTIAN PETTINE,
ANDRE GALLEGOS, and K. L. P. L., a minor child,

        Plaintiffs,

vs.                                                                          Case No. 1:12-CV-224-LH/KBM

CITY OF ESPAÑOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS JOHN DOES 1 through 10,
individually and in their official capacities.

        Defendants.

**ERRATA FIRST AMENDED
NOTICE OF COMPLETION OF BRIEFING FOR PLAINTIFFS'
COUNSEL'S AMENDED MOTION TO WITHDRAW**

        COMES NOW the Plaintiffs' Counsel, the New Mexico Firm, LLC, [Nathaniel V. Thompkins] and state the following for its' Notice of Completion of Briefing for Plaintiffs' Counsel's Amended Motion to Withdraw and states as follows:

        1.        On December 10, 2014, Plaintiffs' Counsel filed an Amended Motion to Withdraw as Counsel. *See [Doc. 200]*.

        2.        On December 18, 2014, Defendants filed a Response. *See [Doc.202 ]*.

        3.        Plaintiffs filed a Motion to Extend their Response time on December 31, 2014. *See [Doc.206]*;

        4.        On January 4, 2015, Plaintiffs' Counsel filed a Response to Plaintiffs' Motion for an Extension of Time. *[Doc.207]*;

        5.        On January 2, 2015, Plaintiff Antonio Gallegos filed a Response. *[Doc.210]*;

6. On January 5, 2015, Plaintiffs' Counsel filed his Reply to Plaintiff's Response. *[Doc.211]*;

7. Accordingly, the briefing for Plaintiffs' Motion to Amended Motion to Withdraw as Counsel is now complete.

**WHEREFORE** Plaintiffs' Counsel respectfully requests that the Court grant the Amended Motion to Withdraw as Counsel.

**Respectfully Submitted:**
**NEW MEXICO FIRM, LLC**

By: /s/ Nathaniel V. Thompkins
Nathaniel V. Thompkins
103 N. St. Francis Drive, Unit A
Santa Fe, NM 87501
(505) 988-9750
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

E-mail: *mbasham@bbpcnm.com*
Mark Basham
2205 Miguel Chavez Road, Suite A
Santa Fe, NM 87505
*Attorneys for Defendants*

Counsel mailed, postage pre-paid, a copy of this Reply to both Ms. Pettine and Mr. Gallegos at the following addresses:

| Kristian Pettine | and | Antonio Gallegos |
|---|---|---|
| 1201 Paseo de Onate | | 211 Calle Ensenada |
| Espanola, NM 87532 | | Santa Fe, NM 87505-5411 |

/s/ Nathaniel V. Thompkins
Nathaniel V. Thompkins