U.S. District Court

333 Lomas Blvd N.W. Suite 270

Albuquerque, NM 87102



Response and opposition to motion by N. Thompkins to withdraw as counsel for plaintiffs

Case no. CIV 12-224 JP/KBM

No. 1-Plaintiffs Antonio B Gallegos and Kristian Pettine Gallegos

No.2-There was no restraining order issued.

No3.-Plaintiffs agree to proceed and there is no conflict between them.

No4.-Antonio is incarcerated at Santa Fe Detention Facility and can receive furlough time to attend court.

No.5-Plaintiffs have paid large sum of money to Esq. Thompkins to represent them in court. Esq. Thompkins is well acquainted with the case and it is rather late to try to find new counsel plus we cannot afford to pay a new attorney.

I Kristian Pettine Gallegos acting Pro Se.

Kristian Pettine Gallegos _Kristian Gallegos_

Date 2-4-14

2111 Calle Ensenada

Santa Fe, NM 87505

(505)615-1903

Email: None