```
                                                                    8
 1       A.   Okay.  Then since 2010, because it was the
 2  same year I got lacerated with my -- when my horse
 3  kicked me.
 4       Q.   Okay.  And let me go back.  I asked this
 5  question, I don't know if I heard the answer.
 6            On June 1st of 2013, did you have a drink?
 7       A.   June 1st?
 8       Q.   Uh-huh.
 9       A.   No.  Was it May 31st are you speaking of?
10       Q.   No, June 1st.
11            MR. THOMPKINS:  Of this year.
12       A.   Oh, this year?
13  BY MR. BASHAM:
14       Q.   Yes.
15       A.   No.
16       Q.   Okay.  Was your husband drinking that night?
17       A.   Excuse me?
18       Q.   Was your husband drinking that night?
19       A.   Not that I saw.
20       Q.   Do you know what date that refers to?
21       A.   No.
22       Q.   Are you familiar with a SWAT incident
23  involving your husband?
24       A.   Yes.
25       Q.   And was he drinking that night?
```

Allison Ash-Hoyman, 48



Exhibit B

```
                                                                    71
 1   because her dad just shows him the paper that I lost my
 2   kid to -- in Española.  And then the police go away.
 3        Q.   Okay.  Has Antonio ever hit you?
 4        A.   Antonio?
 5        Q.   Uh-huh.
 6        A.   My husband?
 7        Q.   Yes.
 8        A.   Not to my knowledge.
 9        Q.   Describe that answer for me.
10             MR. THOMPKINS:  Hold on for a second.
11             Could you read the question back.
12             THE WITNESS:  Has he ever hit me?
13   BY MR. BASHAM:
14        Q.   Yes.
15        A.   No, he has not hit me.
16        Q.   What has he --
17        A.   He has pulled my hair.
18        Q.   Okay.  How many times?
19        A.   He pulled my hair three times during the night
20   of the SWAT situation.
21             MR. BASHAM:  Can I have like three minutes
22   just to review my notes.
23             (Break taken.)
24   BY MR. BASHAM:
25        Q.   Just a few questions.
```

Allison Ash-Hyman, 6/18



Exhibit B