# FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 18 2015

MATTHEW J. DYKMAN
CLERK

2/17/2015

CV-12-224

To: Federal Court
From: Antonio B. Gallegos
address: 2111 Calle Ensenada Santafe NM 87505
phone: No Phone message (505) 470-0572

To whom it may concern the purpose of this
letter is to explain all that is involved in
my court hearing scheduled at 1:30 today in
Federal Court.

The reason there is court today is because the
attorney representing myself and my wife Kristian
Pettine Gallegos wants to get out of representing
us on a civil suit against the City of Española and
the police. The attorney we hired is Nathaniel Thompkins
and his business name is The New Mexico Firm LLC

Mr Thompkins states that there is a conflict
of interest between me and my wife representing
me and my wife Kristian because she filed a restraining
order against me. The reason she did that was
to try to appease the guardian ad litem in her daughter
Kolby Londons custody case. When Kristian came
to her senses and realized what she was doing was wrong
she did not go to the court the restraining order was then
dropped. I am incarcerated now and at the time of the
hearing Dec 5, 2014 and was not transported to that

1

hearing nor was I served with a restraining order.
It was never issued.

I was unable to attend court today in
Federal Court because the district judge
Ellington did not grant me a furlough to go
to court. I believe I am not recieving
due process of the law by not being
allowed to go to court and for the Federal Court
not being rescheduled to a later date
when I am not incarcerated and have time
to get legal council.

I do believe the attorney me and my wife
hired Nathaniel Thompkins is now incapable of
representing us properly and therefore; if he is
allowed to withdraw from our case, he should
be required to give us a full refund of our money
which is forty thousand dollars.

Sincerely,

2