FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
15 MAR 16 PM 2:49
CLERK-ALBUQUERQUE

March 10, 2015

ref: Case Number: 1:12 cv 00524-Lap-

Document 016 Filed 01/27/2015

In the matter Attorney Nathanial Thompkins to withdraw as counsel of record for plaintiffs Kristian Perino and Antonio Gallegos

You made Nathanial Thompkins provide myself, Kristian Petino Gallegos of a full disclosure of all moneys he's been paid by us (plaintiffs). I have made phone calls to his office after you imposed the fourteen day rule on Mr. Thompkins. Noone in his office has physically answered the phone. I have left telephone calls on the office voicemail and have recieved no phone calls back. No mail has been provided to me by mail. I have checked with my father in law Mr. Tino Gallegos if any mail arrived at Santa Fe or Espanola and as of today, no disclosure has been given to me. I respectfully as your honor, to intercede in helping me obtain this information, along with our file to include discovery

obtained. I am acting pro-se and have had a hard time getting a new attorney and expect them to take my case, understand it, put in any further motions him / or her may seem imperative to ask you to hear before our next pre trial event. Because of the unwillingness of Nathanial Thompkins to provide me with any of this; his reasoning, agenda, avoidance makes it more burdensom and im asking your excellency to postpone our next hearing for a more realistic time frame after Nathanial Thompkins provide me with this. After all, he did on record state he was paid in full and no money was owed to him and he had been paid for everything, including the trials. I, respectfully ask to recieve a fair hearing and ask the court to assist me in obtaining all the information Nathanial Thompkins has on my case and ask for your involvement to inforce the law.

copy of motion faxed 3-10-5    Kristian Peters Gallegos
faxed to Mark Basham / Thompkins              pro-se

Kristian Yanegas
3604 Anderson SE
Albuquerque NM 87108

ALBUQUERQUE NM 870
12 MAR 2015 PM 2 L

RECEIVED
At Albuquerque NM
MAR 16 2015
MATTHEW J. DYKMAN
CLERK

US District Court 333
Lomas Blvd NW Suite 270
Albuquerque, NM 87102

87102×2274