IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO GALLEGOS, KRISTIAN PETTINE,
ANDRE GALLEGOS, and K. L. P. L., a minor child,

        Plaintiffs,

vs.                                                                 Case No. 1:12-CV-224-LH/KBM

CITY OF ESPAÑOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS JOHN DOES 1 through 10,
individually and in their official capacities.

        Defendants.

## NATHANIEL THOMPKINS' RESPONSE TO PLAINTIFF'S MOTION [*DOC. 226*]

**COME NOW,** the New Mexico Firm, LLC [Nathaniel V. Thompkins] and for the Firm's Response to Plaintiff's Motion [*Doc.226*], states as follows:

1. New Mexico Firm, LLC, denies the allegations set forth in Plaintiff's Motion;

2. On March 11, 2015, the New Mexico Firm, mailed, certified return receipt requested, Exhibit A.

3. Exhibit A provided Plaintiff Ms. Pettine with a copy of an Invoice for Legal Services in her criminal case; a Final Cost Statement in the civil case; and a signed settlement sheet for Andre Gallegos' case;

4. The letter and return receipt card have not been returned to our offices and therefore we presume that Plaintiff Kristian Pettine did not pick-up the certified letter; and

5. The letter notified Plaintiff Kristian Pettine that her file has been prepared and is ready for her to pick-up at our offices. The Firm advised Plaintiff Pettine to contact the office

and let us know when she would like to pick-up her file. Since the mailing of this letter, we have not heard from Plaintiff Pettine or received any telephone calls.

**WHEREFORE,** counsel for Plaintiffs respectfully requests that the Court dismiss Plaintiff frivolous motion.

Dated: March 17, 2015

                                            Respectfully Submitted:

                                            **NEW MEXICO FIRM, LLC**

                                            By:    /s/ Nathaniel V. Thompkins
                                                        Nathaniel V. Thompkins
                                                        103 N. St. Francis Drive, Unit A
                                                        Santa Fe, NM 87501
                                                        (505) 988-9750
                                                        *Former Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    E-mail: *mbasham@bbpcnm.com*
    Mark Basham
    2205 Miguel Chavez Road, Suite A
    Santa Fe, NM 87505
    *Attorneys for Defendants*

Via U.S. Mail to:

    Kristian Pettine and Antonio Gallegos
    3504 Anderson S.E.
    Albuquerque, NM 87106

/s/ Nathaniel V. Thompkins
Nathaniel V. Thompkins