

# NEW MEXICO FIRM, LLC

March 11, 2015

Ms. Kristian Pettine
3504 Anderson S.E.
Albuquerque, NM 87106

**RE:**   Gallegos et al. v. City of Espanola et al.
          Case 1:12-cv-00224-JAP-KBM

Dear Kristian:

Enclosed are the following:

1. Invoice for Legal Services related to your criminal case;
2. Final Cost Statement for your civil case; and
3. Signed Settlement Sheet for Andre Gallegos' case.

Your physical file has been prepared and is ready for your pick-up. You will be required to sign a receipt that the file was pick-up by you.  Therefore, please contact or office and let us know when you would like to pick-up your file.

Should you have any questions, please contact me.

Nathaniel V. Thompkins

# Exhibit A

**Santa Fe**
103 St. Francis Drive, Unit A
Santa Fe, NM 87501
Phone : 505-988-9750  Fax : 866-657-8780