# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO GALLEGOS, KRISTIAN PETTINE,
ANDRE GALLEGOS, and K. L. P.L, a minor child,

    Plaintiffs,

v.                                            Case No. 12-CV-00224 LH/KBM

CITY OF ESPANOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS
JOHN DOES 1 THROUGH 10, individually and in their official
capacities, CAMILLE SCARCELLA, individually and in her
official capacity; and STATE OF NEW MEXICO, CYFD,
EMPLOYEES and SUPERVISORS JOHN DOES 1 through 10,
Individually,

    Defendants.

## PLAINTIFF, ANTONIO GALLEGOS' RESPONSES TO DEFENDANT CITY OF ESPANOLA'S FIRST SET OF REQUEST FOR PRODUCTION

**COME NOW** the Plaintiff, Antonio Gallegos by and through his counsel, New Mexico Firm, LLC, (Nathaniel V. Thompkins) and submits his Responses to Defendants' First Request for Production of Documents and states as follows:

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Please provide any and all copies of documents in your custody or control that relate to your answer to Interrogatory No. 10.

    **RESPONSE:** The only document that I'm aware of is the police report which you have in your possession.

**REQUEST FOR PRODUCTION NO. 7:** Please provide a copy of any and all bills for counseling or treatment for Plaintiff's alleged trauma and suffering as a result of the incidents at issue in the Complaint.

**RESPONSE:** None

**REQUEST FOR PRODUCTION NO. 8:** Please provide any and all photographs in your custody or control that relate to the incidents at issue in the Complaint.

**RESPONSE:** Plaintiff has attached a copy of the four (4) photographs that are responsive to this request.

**REQUEST FOR PRODUCTION NO. 9:** Please provide copies of all tax returns for the years 2007, 2008, 2009, 2010, 2011 and 2012.

**RESPONSE:** Plaintiff has attached copies of the Tax returns for the requested periods.

**Submitted by:**

/s/ Nathaniel V. Thompkins
Nathaniel V. Thompkins
**NEW MEXICO FIRM, LLC**
103 N. St. Francis Drive, Unit A
Santa Fe, NM 87501
Phone: (505) 988-9750
*Counsel for Plaintiffs*