March 19, 2015

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 23 2015

MATTHEW J. DYKMAN
CLERK

U.S. District Court
333 Lomas Blvd. N.W., suite 270
Albuquerque, NM 87102

Case 1:12-CV-224-~~LK~~ JP/KBM

To The Court:

We are actively working on obtaining new attorneys. At the moment we have submitted court pleadings and police reports to Kennedy, Kennedy and Ives in Albuquerque. They will review them and we are waiting on their answer whether they will represent us in above case.

Sincerely,

[signature]

Antonio B. Gallegos #302813
Santa Fe County Detention Facility
4312 NM State Hw 14
Santa Fe, NM 87508