IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO GALLEGOS, KRISTIAN PETTINE,
and ANDRE GALLEGOS,

    Plaintiffs,

v.                                      Case No. 12-CV-00224 JP/KBM

CITY OF ESPANOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS
JOHN DOES 1 THROUGH 10, individually and in their official
capacities,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS JOE MARTINEZ, JEREMY APODACA AND ROBERT VIGIL

    Plaintiff, KRISIAN PETTINE, *pro se*, and Defendants JOE MARTINEZ, JEREMY APODACA and ROBERT VIGIL through their undersigned attorneys, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate to the dismissal of all claims against the previously named individual Defendants with prejudice.

                                              Respectfully Submitted,

                                              */s/ Mark A. Basham*
                                              Mark A. Basham
                                              Basham & Basham, P.C.
                                              2205 Miguel Chavez, Suite A
                                              Santa Fe, New Mexico 87505
                                              505-988-4575 – telephone
                                              505-992-6170 - facsimile
                                              mbasham@bbpcnm.com
                                              Attorneys for Defendants

AGREED TO BY:

*[signature]*

*Electronically approved 3/ / 2015* .

Kristian Pettine, *pro se*
3504 Anderson Avenue, S.E.
Albuquerque, New Mexico 87106
505-835-5058