IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO GALLEGOS, KRISTIAN PETTINE,
and ANDRE GALLEGOS,

    Plaintiffs,

v.                                      Case No. 12-CV-00224 JP/KBM

CITY OF ESPANOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS
JOHN DOES 1 THROUGH 10, individually and in their official
capacities,

    Defendants.

## ORDER OF DISMISSAL OF JOE MARTINEZ, JEREMY APODACA AND ROBERT VIGIL WITH PREJUDICE AS TO THE CLAIMS BROUGHT BY KRISTIAN PETTINE

**THIS MATTER** having come before the Court on Plaintiff Kristian Pettine's Stipulated Dismissal of Joe Martinez, Jeremy Apodaca and Robert Vigil with Prejudice, and the Court having reviewed the Stipulation and being otherwise being fully advised, finds the Stipulation well taken.

    **IT IS THEREFORE ORDERED, ADJUGED AND DECREED** that all claims that were made or that could have been made by Plaintiff Kristian Pettine in the above-captioned action against Joe Martinez, Jeremy Apodaca and Robert Vigil are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

_____
Senior U.S. District Judge
James A. Parker

Respectfully Submitted,

 __/s/_ **Mark A. Basham**_____
Mark A. Basham
Basham & Basham, P.C.
2205 Miguel Chavez, Suite A
Santa Fe, New Mexico 87505
505-988-4575 – telephone
505-992-6170 - facsimile
mbasham@bbpcnm.com
Attorneys for Defendants


Approved as to form:

_____
Kristian Pettine, *pro se*
3504 Anderson Avenue, S.E.
Albuquerque, New Mexico 87106
505-835-5058