IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ANTONIO GALLEGOS and KRISTIAN PETTINE,**

    Plaintiffs,

v.                                      Case No. 12-CV-00224 JAP/KBM

**CITY OF ESPANOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS
JOHN DOES 1 THROUGH 10, individually and in their official
capacities,**

    Defendants.

### DEFENDANTS' SUGGESTION OF NOTICE OF COMPLETION OF BRIEFING ON DEFENDANTS' THIRD MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF ANTONIO GALLEGOS [DOC. 228]

**COME NOW** the City of Espanola Defendants by and through their counsel of record, Basham & Basham P.C. (Mark A. Basham) and notify the Court that Defendants' Third Motion for Summary Judgment against Plaintiff Antonio Gallegos [Doc. 228] was filed and served by U.S. Mail on Plaintiff, pro se, on March 20, 2015. The deadline to file a response was due on April 7, 2015. As of this date a response to the Motion has not been filed.

                                      Respectfully submitted,

                                      */s/ Mark A. Basham 4/10/15*
                                      Mark A. Basham
                                      Basham & Basham, P.C.
                                      2205 Miguel Chavez, Suite A
                                      Santa Fe, New Mexico 87505
                                      (505) 988-4575
                                      mbasham@bbpcnm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of April, 2015, I filed the foregoing *Defendants' Notice of Suggestion of Completion of Briefing on Defendants' Third Motion for Summary Judgment Against Plaintiff Antonio Gallegos* which caused counsel of record to be served by electronic means or US Mail, as more fully reflected on the Notice of Electronic Filing:

Antonio B. Gallegos,# 302813
c/o Santa Fe County Detention Facility
4312 State Hwy 14
Santa Fe, NM 87508
Plaintiff *pro se*

Antonio Gallegos
2111 Calle Ensenada
Santa Fe, NM  87505

Kristian Pettine
3504 Anderson Ave., S.E.
Albuquerque, NM  87106
Plaintiff *pro se*

                                          */s/ Mark A. Basham*
                                          Mark A. Basham