IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ANTONIO GALLEGOS,**

       **Plaintiffs,**                                Case No. 12-CV-00224 JAP/KBM

v.

**CITY OF ESPANOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official
capacity; JEREMY APODACA, individually and
in his official capacity; ROBERT VIGIL,
individually and in his official capacity; CITY OF
ESPANOLA OFFICERS and SUPERVISORS
JOHN DOES 1 THROUGH 10, individually and in
their official capacities,**

       **Defendants.**

### NOTICE OF COMPLETION OF BRIEFING OF DEFENDANTS' THIRD MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF ANTONIO GALLEGOS

      COME NOW Defendants City of Espanola, Joe Martinez, Jeremy Apodaca, Robert Vigil, City of Espanola Officers and Supervisors, John Does 1 through 10 (hereinafter "Defendants"), by and through their counsel of record, Basham & Basham, P.C. (Mark A. Basham and Joseph L. Romeo) and notify the Court that Defendants' Third Motion for Summary Judgment Against Plaintiff Antonio Gallegos is fully briefed and ready for decision. Documents related to this Motion include:

1. Defendants' Third Motion for Summary Judgment Against Plaintiff Antonio Gallegos, filed on March 20, 2015 [Doc. 228];

2. Response by Plaintiff Antonio Gallegos to Defendants' Third Motion for Summary Judgment Against Plaintiff Antonio Gallegos, filed on April 30, 2015 [Doc. 235], and

3. Reply in Support of Defendants' Third Motion for Summary Judgment Against Plaintiff Antonio Gallegos, filed on May 14, 2015 [Doc. 236].

Respectfully submitted,

 */s/ Mark A. Basham*
Mark A. Basham
Joseph L. Romero
Basham & Basham, P.C.
2205 Miguel Chavez, Suite A
Santa Fe, New Mexico 87505
(505) 988-4575
mbasham@bbpcnm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of May, 2015, I filed the foregoing Notice of Completion of Briefing of Defendants' Third Motion for Summary Judgment Against Plaintiff Antonio Gallegos electronically through the CM/ECF System, which caused all counsel of record/party(ies) to be served by electronic means or U.S. Mail, as more fully reflected on the Notice of Electronic Filing to the following:

Antonio B. Gallegos - #302813
Santa Fe County ADF
28 Camino Justicia
Santa Fe, NM  87508
Plaintiff *pro se*

Antonio B. Gallegos, #302813
c/o Santa Fe County Detention Facility
4312 State Hwy 14
Santa Fe, NM 87508
Plaintiff *pro se*

Antonio Gallegos
2111 Calle Ensenada
Santa Fe, NM  87505
Plaintiff *pro se*

 */s/ Mark A. Basham*
Mark A. Basham