**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW MEXICO
421 GOLD. AVE. SW, 87102
PO BOX 669, 87103
ALBUQUERQUE, NEW MEXICO

JAMES A. PARKER
SENIOR JUDGE

(505) 348-2220
FAX (505) 348-2225

May 27, 2015

Kristian Pettine
3504 Anderson Ave., S.E.
Albuquerque, NM 87106

Mark A Basham, Esq.
Basham & Basham PC
2205 Miguel Chavez
Suite A
Santa Fe, NM 87505

Re: *Gallegos et al. v. City of Española et al.*, 12-cv-224 JAP/KBM

Dear Ms. Pettine and Mr. Basham:

On April 6, 2015, Mr. Basham filed a signed Stipulation of Dismissal (Doc. No. 231) by Ms. Pettine of her claims against the individually-named Defendants. I understand that Ms. Pettine also had pending claims against the City of Española and City of Española Officers and Supervisors John Does 1 through 10. Did Ms. Pettine intend to dismiss her claims against those parties as well? Please advise in writing by June 10, 2015.

Sincerely,

*/s/ James A. Parker*

JAMES A. PARKER

CC: Joseph L Romero, Esq.
Joseph L Romero Trial Lawyer LLC
PO Box 4432
Santa Fe, NM 87502

Antonio Gallegos
302813
Santa Fe. County Detention Facility
4312 State Hwy. 14
Santa Fe, NM 87508