# BASHAM & BASHAM, P.C.

ATTORNEYS AT LAW

May 29, 2015

The Honorable Judge James A. Parker
United States District Court
P.O. Box 669
Albuquerque, NM 87103-0669

    Re: *Gallegos, et al. v. City of Espanola, et al.*; Case No. 12-CV-224 JAP/KBM

Your Honor:

    This letter serves as a response to yours dated May 27, 2015.

    The settlement agreement entered into between Plaintiff Kristian Pettine and the Defendants in this action was intended to be global in nature.

    In other words, the Stipulation of Dismissal [DOC 231] applied to both the individual Defendants as well as all other Defendants in this action.

    Our apologies for any confusion the Stipulation of Dismissal may have caused. As always, please let me know if you require any more information from me.

    Thank you.

Sincerely,

Joseph L. Romero
Mark A. Basham

cc:    Kristian Pettine
        Antonio Gallegos

UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO
421 GOLD. AVE. SW, 87102
PO BOX 669, 87103
ALBUQUERQUE, NEW MEXICO

JAMES A. PARKER
SENIOR JUDGE

(505) 348-2270
FAX (505) 348-2225

May 27, 2015

Kristian Pettine
3504 Anderson Ave., S.E.
Albuquerque, NM 87106

Mark A Basham, Esq.
Basham & Basham PC
2205 Miguel Chavez
Suite A
Santa Fe, NM 87505

Re: *Gallegos et al. v. City of Española et al.*, 12-cv-224 JAP/KBM

Dear Ms. Pettine and Mr. Basham:

On April 6, 2015, Mr. Basham filed a signed Stipulation of Dismissal (Doc. No. 231) by Ms. Pettine of her claims against the individually-named Defendants. I understand that Ms. Pettine also had pending claims against the City of Española and City of Española Officers and Supervisors John Does 1 through 10. Did Ms. Pettine intend to dismiss her claims against those parties as well? Please advise in writing by June 10, 2015.

Sincerely,

JAMES A. PARKER

CC: Joseph L Romero, Esq.
Joseph L Romero Trial Lawyer LLC
PO Box 4432
Santa Fe, NM 87502

Antonio Gallegos
302813
Santa Fe. County Detention Facility
4312 State Hwy. 14
Santa Fe, NM 87508