UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ANTONIO GALLEGOS** and
**KRISTIAN PETTINE**,

Plaintiffs,

v.                                                                  No. 12-CV-224 JAP/KBM

**CITY OF ESPANOLA**, a municipal corporation;
**JOE MARTINEZ**, individually and in his official
capacity; **JEREMY APODACA**, individually and in
his official capacity; **ROBERT VIGIL**, individually
and in his official capacity; **CITY OF ESPANOLA
OFFICERS** and **SUPERVISORS JOHN DOES** 1
through 10, individually and in their official
capacities,

Defendants.

## SUMMARY JUDGMENT

Having entered a MEMORANDUM OPINION AND ORDER granting in part and denying in part THIRD MOTION FOR SUMMARY JUDGMENT AGAINST ANTONIO GALLEGOS contemporaneously with this SUMMARY JUDGMENT,

Summary Judgment is entered in favor of Defendants as to the following claims in the AMENDED COMPLAINT (Amended Complaint) (Doc. No. 50):

(1) Count I of the Amended Complaint (unlawful seizure against Defendants Apodaca and Vigil) as to Plaintiff Gallegos;

(2) Count IV of the Amended Complaint (false imprisonment against Defendants Apodaca and Vigil) as to Plaintiff Gallegos;

(3) Count VI of the Amended Complaint (malicious abuse of process against Defendant City of Española); and

(4) Count VII of the Amended Complaint (punitive damages against Defendant Vigil) as to Plaintiff Gallegos.

_____
SENIOR UNITED STATES DISTRICT JUDGE