IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO GALLEGOS,

    Plaintiffs,

v.                        Case No. 12-CV-00224 JP/KBM

CITY OF ESPANOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS
JOHN DOES 1 THROUGH 10, individually and in their official
capacities,

    **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS JOE MARTINEZ, JEREMY APODACA, ROBERT VIGIL AND JOHN DOES 1 THROUGH 10

Plaintiff, ANTONIO GALLEGOS, *pro se*, and Defendants JOE MARTINEZ, JEREMY APODACA, ROBERT VIGIL and John Does 1-10 through their undersigned attorneys, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate to the dismissal of all claims against the previously named individual Defendants with prejudice.

                                      Respectfully Submitted,

                                      */s/ Mark A. Basham*
                                      Mark A. Basham
                                      Basham & Basham, P.C.
                                      2205 Miguel Chavez, Suite A
                                      Santa Fe, New Mexico 87505
                                      505-988-4575 – telephone
                                      505-992-6170 - facsimile
                                      mbasham@bbpcnm.com
                                      Attorneys for Defendants

**AGREED TO BY:**

*Approved 6/26. 2015*
Antonio Gallegos, *pro se*
2111 Calle Ensenda
Santa Fe, New Mexico 87505