# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANTONIO GALLEGOS,

    Plaintiff,

v.                                                        Case No. 12-CV-00224 JP/KBM

CITY OF ESPANOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS
JOHN DOES 1 THROUGH 10, individually and in their official
capacities,

    Defendants.

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF ANTONIO GALLEGOS AND DEFENDANT CITY OF ESPANOLA

COME NOW Plaintiff, ANTONIO GALLEGOS, *pro se*, and Defendant CITY OF ESPANOLA through its undersigned attorneys, and hereby notify the Court that they have settled all disputed issues between them.

                                                                Respectfully Submitted,

                                                                */s/ Mark A. Basham*
                                                               Mark A. Basham
                                                               Basham & Basham, P.C.
                                                               2205 Miguel Chavez, Suite A
                                                               Santa Fe, New Mexico 87505
                                                              505-988-4575 – telephone
                                                               505-992-6170 - facsimile
                                                               mbasham@bbpcnm.com
                                                               Attorneys for Defendants

**AND:**

APPROVED AS TO FORM:

_approved 6/26/15_
Antonio Gallegos
2111 Calle Ensenada
Santa Fe, NM 87505
*Pro se* Plaintiff