# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANTONIO GALLEGOS, KRISTIAN PETTINE,
and ANDRE GALLEGOS,

       **Plaintiffs,**

v.                                        **Case No. 12-CV-00224 JP/KBM**

CITY OF ESPANOLA, a municipal corporation,
JOE MARTINEZ, individually and in his official capacity;
JEREMY APODACA, individually and in his official capacity;
ROBERT VIGIL, individually and in his official capacity;
CITY OF ESPANOLA OFFICERS and SUPERVISORS
JOHN DOES 1 THROUGH 10, individually and in their official
capacities,

       **Defendants.**

## ORDER OF DISMISSAL OF JOE MARTINEZ, JEREMY APODACA, ROBERT VIGIL AND JOHN DOES 1 - 10 WITH PREJUDICE AS TO THE CLAIMS BROUGHT BY ANTONIO GALLEGOS

**THIS MATTER** having come before the Court on Plaintiff Antonio Gallegos's Stipulated Dismissal of Joe Martinez, Jeremy Apodaca, Robert Vigil and John Does 1 – 10 with Prejudice, and the Court having reviewed the Stipulation and being otherwise being fully advised, finds the Stipulation well taken.

       **IT IS THEREFORE ORDERED, ADJUGED AND DECREED** that all claims that were made or that could have been made by Plaintiff Antonio Gallegos in the above-captioned action against Joe Martinez, Jeremy Apodaca, Robert Vigil and John Does 1 -10 are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

                                    _____

                                    Senior U.S. District Judge
                                    James A. Parker

Respectfully Submitted,

_/s/  Mark A. Basham_
Mark A. Basham
Basham & Basham, P.C.
2205 Miguel Chavez, Suite A
Santa Fe, New Mexico 87505
505-988-4575 – telephone
505-992-6170 - facsimile
mbasham@bbpcnm.com
Attorneys for Defendants

Approved as to form:

Antonio Gallegos, *pro se*
2111 Calle Ensenada.
Santa Fe,, New Mexico 87505